711 F.2d 54
 83-2 USTC P 13,535
 ESTATE OF Margaret O. GILL, Deceased, Robin G. Stanford,
Independent Executrix, Petitioner,
v.
COMMISSIONER OF INTERNAL REVENUE SERVICE, Respondent.
 No. 83-4081
 
 Summary Calendar.
 United States Court of Appeals,
Fifth Circuit.
 Aug. 5, 1983.
 Pope & Waits, Dougal C. Pope, Houston, Tex., for petitioner.
 John H. Menzel, Director, Dan H. Lee, III, Jonathan S. Cohen, Douglas G. Coulter, Tax Lit. Div., I.R.S., Glenn L. Archer, Jr., Asst. Atty. Gen., Tax Div., Michael L. Paup, Chief, Appellate Sec., U.S. Dept. of Justice, Washington, D.C., for respondent.
 Appeal from the decision of the United States Tax Court.
 Before GEE, RANDALL and TATE, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment of the Tax Court is AFFIRMED on the basis of the Tax Court's opinion, Estate of Gill v. Commissioner, 79 T.C. 437 (1982).